Ernie Zachary Park; State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602
(562) 698-9771; (562) 309-8063 (fx)
ernie.park@bewleylaw.com

Attorney for Moving Party, THE IRVINE COMPANY LLC,
a Delaware limited liability company

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| ARDESHIR FAROKHIRAD; FARIBA FAROKHIRAD,<br><br>Debtors. | Case No.: 8-21-bk-10026 ES<br>Chapter 7<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY THE IRVINE COMPANY LLC (DOCKET # 305)<br><br><u>Hearing Information</u>:<br><br>Date:   April 14, 2022<br>Time:   10:00 a.m.<br>Crtrm:  5A |

    Notice is hereby given that movant, The Irvine Company LLC, a Delaware limited liability company, hereby withdraws its Motion for Relief from Automatic Stay (docket #

/////

/////

Notice of Withdrawal of Motion for Relief from Stay

1

305), presently scheduled to be heard on the date, time and place above set forth.

                                    BEWLEY, LASSLEBEN & MILLER

                                    By: _____
                                        Ernie Zachary Park,
                                        Attorney for Movant